**No. 43601.**—Protest 949579–G of Wm. Shaland (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Cigarette whistles and squawker balloons in part of bamboo at 45 percent under paragraph 409, Abstracts 39509 and 40493 followed; (2) trick daggers like those the subject of Abstract 37637 at 45 percent under paragraph 397; (3) lacquered cabinets in chief value of wood at 33⅓ percent under paragraph 412, Abstract 37636 followed; and (4) paper play balls similar to those the subject of Abstract 40492 at 35 percent under paragraph 1413.

BEFORE THE SECOND DIVISION, APRIL 29, 1940

**No. 43602.**—Protests 442906–G, etc., of Ascher Le Vin, Inc. (New York).

Opinion by TILSON, J. On the evidence presented Venice laces similar to those the subject of *Littwitz* v. *United States* (C. D. 217) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43603.**—Protest 346019–G of Wm. J. Karsa & Co. (New York).

Opinion by TILSON, J. On the evidence presented Venice laces similar to those the subject of *Littwitz* v. *United States* (C. D. 217) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43604.**—Protests 284690–G, etc., of K. Katen & Co. (New York).

Opinion by TILSON, J. Venice laces similar to those involved in *Littwitz* v. *United States* (C. D. 217) and filet laces like those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43605.**—Protests 210251–G, etc., of A. D. Sutton & Son (New York).

Opinion by TILSON, J. The evidence showed that certain items consist of Venice laces similar to those involved in *Littwitz* v. *United States* (C. D. 217), filet laces like those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), flouncing like that passed upon in *United States* v. *Ramig* (17 id. 365, T. D. 43809), and other items of laces similar to those the subject of *United States* v. *Case* (20 id. 185, T. D. 45979). The claim at 75 percent under paragraph 1430 was therefore sustained.